IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA           :

VS.                                :      CRIMINAL NO.   MJ-15-00078-C

LOUIS ANGEL RODRIQUEZ-HERNANDEZ    :

**ORDER**

The defendant appeared before the undersigned for purposes of an initial appearance on July 17, 2015.   (Docs. 4-10.)   Hearings on the detention motion (Doc. 9) were held on July 22 & 24, 2015 with an oral ruling that the motion be denied and the defendant released into the custody of his brother who had traveled from Houston, Texas for the hearing.   Because of a hold placed on the defendant last Friday by ICE, he was not released by Metro Jail until this morning, July 27, 2015.   His brother was not able to wait for him over the weekend and now the defendant is without funds to pay for lodging, meals and transportation in order to travel to Houston as ordered.

The defendant has been represented by court-appointed counsel throughout these proceedings and informed the Court in a hearing held today that he is without funds sufficient to pay for his subsistence and transportation to Houston. This information satisfies the Court that the defendant is unable to provide the necessary transportation to travel to the location of his home confinement.   Additionally, until he is able to procure a bus ticket, he is unable to afford subsistence expenses pending his return to his brother's home for pretrial detention.

Therefore, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Southern District of Alabama is **ORDERED** to arrange for the defendant's noncustodial transportation to Houston, Texas and back to Mobile, Alabama for court appearances,

or furnish the fare for such transportation. The Marshal is **ADDITIONALLY ORDERED** to provide the defendant with monies for his subsistence in Mobile, Alabama.   The subsistence expenses are not to exceed the amount authorized as a *per diem* allowance for travel under 5 U.S.C. § 5702(a).

   **DONE** and **ORDERED** this the 27th day of July, 2015.

   s/WILLIAM E. CASSADY
   **UNITED STATES MAGISTRATE JUDGE**